UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

School Board of Lee County, Florida

        Plaintiff,        Case No.: 2:06-cv-198-FtM-29DNF

v.

E.S., individually, and on behalf of B.S.,
a minor,

        Defendant.
_____/

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RECORD

The Plaintiff, School Board of Lee County, Florida, through undersigned counsel, hereby moves this Court to extend the time for filing of the Record of the underlying proceeding before the Florida Division of Administrative Hearings (DOAH), and states as follows:

1. At the Preliminary Pretrial Conference of August 28, 2006, the parties discussed with the Court the anticipated timing for filing the DOAH Record of the administrative proceeding from which the School Board seeks review. As stated at that hearing, the Clerk's office at DOAH informed the undersigned counsel on the morning of August 28, 2006, that the Record should be ready to transmit to this Court within a few days, and in no event longer than two weeks. Accordingly, the Court then directed that the Record be filed by Friday, September 15, 2006.

2. Having seen no indication that the Record was filed, several days ago the undesigned counsel began calling DOAH to inquire as to the status of the matter. It now

appears that the employee within the DOAH Clerk's office who is responsible for preparing and transmitting the Record is out of the country until Monday, September 18, 2006, and no one in her absence is knowledgeable about the status of the Record. Other individuals within the Clerk's office have reported, however, that they see no indication that the Record has been prepared or sent.

3. As was discussed as a possibility during the hearing on August 28, 2006, the parties now need additional time to secure the filing of the DOAH Record. At this time it is not feasible to state precisely when the Record will be filed, but the undersigned counsel will attempt contact with DOAH on September 18, 2006, upon the scheduled return of the clerk responsible for this matter. It is not presently expected that DOAH will need more than another two weeks to transmit the Record, based on the prior comments of the agency.

4. Counsel has conferred with counsel for the Defendant, who has no opposition to this request.

5. This motion is presented in good faith, and is not intended for purposes of delay or any other improper purpose. It is not anticipated that the ultimate conclusion of the *de novo* review will be impacted by the enlargement of time requested herein, as the parties still expect to be able to submit their Proposed Findings of Fact and Conclusions of Law at the currently scheduled time.

WHEREFORE, the Plaintiff School Board moves this Court to extend for two weeks, through and including Friday, September 29, 2006, the time for filing the DOAH Record.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by email and U.S. mail on September 15, 2006, to: Paul E. Liles, Esq., Alvarez, Sambol, Winthrop & Madson, ,P.A., 4315 Metro Parkway, Suite 510, Fort Myers, Florida 33916-7947.

    Cole, Scott & Kissane, P.A.
    Attorneys for School Board of Lee County, Elaine Ford and Terry Andrews
    Pacific National Bank Building
    1390 Brickell Avenue
    Third Floor
    Miami, Florida 33131
    (305) 350-5338
    (305) 373-2294 (fax)


    ___S/Edward S. Polk_____
    Edward S. Polk
    Florida Bar No. 239860